Submitted on record and briefs March 5, petition for judicial review dismissed April 28, 2004

Jeffrey E. BOLY,
Eric Dickman, Gretta Grimala,
Valerie Hunter, M. D., Robert C. Robertson,
Deborah White and Wendy Wiles,
*Petitioners,*

*v.*

CITY OF PORTLAND,
*Respondent.*

2003-152; A123643

89 P3d 1323

Jeffrey E. Boly, Eric Dickman, Gretta Grimala, Valerie Hunter, M. D., Robert C. Robertson, Deborah White, and Wendy Wiles, *pro se*.

Kathryn Beaumont, Senior Deputy City Attorney, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Petition for judicial review dismissed. *Utsey v. Coos County*, 176 Or App 524, 32 P3d 933 (2001), *rev dismissed*, 335 Or 217 (2003).